# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| DIANE RECTOR as Personal Representative of the Estate of Lisa Mae Arndt,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>IDEAL OPTION PLLC,<br><br>　　　　　Defendant. | CV 21-02-GF-BMM-JTJ<br><br>**ORDER** |

　　　　The Court conducted a hearing in this case on March 1, 2022. For the reasons stated in open court,

　　　　IT IS HEREBY ORDERED:

　　　　Plaintiff's Motion for Partial Summary Judgment (Doc. 24) is DENIED without prejudice on grounds it is not yet ripe.

　　　　DATED this 2nd day of March, 2022.

　　　　　　　　　　　　　　　　　　　　/s/ John Johnston
　　　　　　　　　　　　　　　　　　　　John Johnston
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge