IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| DIANE RECTOR as Personal Representative of the Estate of Lisa Mae Arndt,<br><br>Plaintiff,<br><br>vs.<br><br>IDEAL OPTION PLLC,<br><br>Defendant. | CV 21-02-GF-JTJ<br><br>**VERDICT** |

We, the jury in the above-entitled matter, unanimously answer the questions submitted to us as follows:

**QUESTION NO. 1**:   Was Ideal Option negligent?

**ANSWER**:          YES  X          NO  ____

If your answer to Question No. 1 is "yes," proceed to Question No. 2. If your answer to Question No. 1 is "no," sign and date your verdict and inform the bailiff that you have reached a verdict.

**QUESTION NO. 2**:   Was Ideal Option's negligence a cause of Lisa Arndt's death?

**ANSWER**:          YES  X          NO  ____

If your answer to Question No. 2 is "yes," proceed to Question No. 3. If your answer to Question No. 2 is "no," sign and date your verdict and inform the bailiff that you have reached a verdict.

**QUESTION NO. 3**: Was Lisa Arndt negligent?

**ANSWER**:         YES  X         NO _____

If your answer to Question No. 3 is "yes", answer Question No. 4. If your answer to Question 3 is "no", proceed to Question Nos. 6 and 7.

**QUESTION NO. 4**: Was Lisa Arndt's negligence a cause of her death?

**ANSWER**:         YES  X         NO _____

If your answer to Question No. 4 is "yes", answer Question No. 5. If your answer to Question No. 4 is "no", proceed to Question Nos. 6 and 7.

**QUESTION NO. 5**: Considering the negligence of Ideal Option's employees and Lisa Arndt as totaling 100%, what percentage is attributable to:

|   |   |
|---|---|
| Ideal Option's employees | 65 % |
| Lisa Arndt | 35 % |
| **TOTAL** | **100%** |

Proceed to Question No. 6.

**QUESTION NO. 6**: What is the total amount of damages, if any, sustained by the estate of Lisa Arndt?

    A. Lisa Arndt's Loss of Past Earnings      $ 43,200

    B. Lisa Arndt's Loss of Future Earnings Reduced to Present Value      $ 399,426

    C. Lisa Arndt's Pain and Suffering      $ 0

    **TOTAL**      $ 442,626

Proceed to Question No. 7.

**QUESTION NO. 7**: What is the total amount of damages, if any, sustained by Diane Rector, Dave Sanders, Talon Arndt and Aden Arndt?

    A. Past and Future Grief, Sorrow, and Mental Anguish      $ 750,000

**Please sign and date your verdict and inform the bailiff that you have reached a verdict.**

DATED this 29th day of July, 2022.

<span style="color:red">Foreperson signature redacted. Original document filed under seal.</span>

                                                  FOREPERSON