UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| DIANE RECTOR as Personal Representative of the Estate of Lisa Mae Arndt,<br><br>Plaintiff,<br><br>vs.<br><br>IDEAL OPTION PLLC,<br><br>Defendant. | Case No. CV 21-02-GF-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

**X**   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED in accordance with the Jury Verdict rendered on July 29, 2022, document number 101, Judgment is entered in favor of the Plaintiff and against the Defendant.

Dated this 2nd day of August, 2022.

                                       TYLER P. GILMAN, CLERK

                                       By: /s/ Traci Orthman
                                       Traci Orthman, Deputy Clerk