# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| DIANE RECTOR as Personal Representative of the Estate of Lisa Mae Arndt,<br><br>Plaintiff,<br><br>vs.<br><br>IDEAL OPTION PLLC,<br><br>Defendant. | CV 21-02-GF-JTJ<br><br>**ORDER** |

The Court conducted a hearing on all pending motions on October 18, 2022.

For the reasons stated in open court,

IT IS HEREBY ORDERED:

1.      Defendant's Motion for Application of Mont. Code Ann. § 25-9-411 (Doc. 122) is TAKEN UNDER ADVISEMENT.

2.      Defendant's Motion for a New Trial (Doc. 127) is DENIED.

3.      Defendant's Motion for Judgment as a Matter of Law (Doc. 129) is TAKEN UNDER ADVISEMENT.

DATED this 19th day of October, 2022.

John Johnston
United States Magistrate Judge